IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Melvin D

Printed:  8/19/08

Case Number:  04 B 19426
Judge:  Wedoff, Eugene R
Filed:  5/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  September 27, 2007
Confirmed:  July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,663.41 |  |
| Secured: |  | 12,493.53 |
| Unsecured: |  | 232.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,144.00 |
| Trustee Fee: |  | 784.93 |
| Other Funds: |  | 8.15 |
| Totals: | 15,663.41 | 15,663.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,144.00 | 2,144.00 |
| 2. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan | Secured | 600.00 | 212.90 |
| 4. | Countrywide Home Loans Inc. | Secured | 23,727.80 | 12,280.63 |
| 5. | Countrywide Home Loans Inc. | Unsecured | 450.00 | 232.80 |
| 6. | B-First | Unsecured | 68.28 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 22.24 | 0.00 |
| 8. | Diners Club International | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Providian | Unsecured | | No Claim Filed |
| 11. | Nextel Communications | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,012.32 | $ 14,870.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 70.00 |
| 6.5% | 247.14 |
| 3% | 45.46 |
| 5.5% | 244.81 |
| 5% | 75.40 |
| 4.8% | 102.12 |
| | _____ |
| | $ 784.93 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Brown, Melvin D

Printed:  8/19/08

Case Number:  04 B 19426

Judge:  Wedoff, Eugene R

Filed:  5/18/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

